

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00577-CR

**IN RE** Frediz **DE LA CRUZ-DE LA CRUZ**, Relator

Original Proceeding[1]

### ORDER

On December 22, 2021, relator filed a petition for writ of mandamus "seeking to compel the Kinney County Judge to vacate his order firing three appointed judges and denying their control over their own dockets." We issued an order requesting a response. The State filed an initial response on January 4, 2022 and an amended response on January 11, 2022. Relator filed replies on January 6, 2022 and January 12, 2022. After considering the petition, responses, replies, and mandamus record, this court concludes relator has not shown he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 16, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11254CR, styled *State of Texas v. Frediz De La Cruz-De La Cruz*, pending in the County Court, Kinney County, Texas, the Honorable Tully Shahan presiding.